# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JAVIER AGUILA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>NEIL MCDOWELL (Warden),<br><br>　　　　Respondent. | No. LA CV 17-01592-VBF-DFM<br><br>**ORDER**<br>Overruling Petitioner's Objections and Adopting the Report & Recommendation: Denying the Habeas Corpus Petition;<br><br>Directing Entry of Separate Judgment; Dismissing the Action With Prejudice; Terminating and Closing Action (JS-6) |

The Court has reviewed California state prisoner Javier Aguila's petition for a writ of habeas corpus pursuant to 28 U.S.C. section 2254, CM/ECF Document ("Doc") 1; the Magistrate Judge's August 3, 2018 Order to Show Cause (Doc 8) and petitioner's September 5, 2018 response (Doc 9); the Magistrate Judge's Report and Recommendation ("R&R") (Doc11) and petitioner's objection thereto (Doc 13); and the applicable law. As required by Fed. R. Civ. P. 72(b)(3), the Court has engaged in de novo review of the portions of the R&R to which petitioner has specifically objected and finds no defect of law, fact, or logic in the R&R. The Court finds discussion of the objections to be unnecessary on this record. "The Magistrates Act 'merely requires the district judge to make a de novo determination of those portions of the report or specified proposed findings or recommendation to which objection is made.'" It does not require a written explanation of the reasons for rejecting objections.

*See MacKenzie v. Calif. AG*, 2016 WL 5339566, *1 (C.D. Cal. Sept. 21, 2016) (citation omitted). "This is particularly true where, as here, the objections are plainly unavailing." *Smith v. Calif. Jud. Council*, 2016 WL 6069179, *2 (C.D. Cal. Oct. 17, 2016). Accordingly, the Court will accept the Magistrate Judge's factual findings and legal conclusions and implement his recommendations.

## ORDER

Petitioner's objection **[Doc #13] is OVERRULED.**

The Report and Recommendation **[Doc #11] is ADOPTED.**

The petition for a writ of habeas corpus **[Doc # 1] is DENIED.**

Final judgment consistent with this order will be entered separately as required by Fed. R. Civ. P. 58(a). *See Jayne v. Sherman*, 706 F.3d 994, 1009 (9th Cir. 2013).

**This action is DISMISSED with prejudice.**

**The case SHALL BE TERMINATED and closed (JS-6).**

IT IS SO ORDERED.

Dated: January 22, 2019

_____
Hon. Valerie Baker Fairbank
Senior United States District Judge