# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JAVIER AGUILA,<br><br>      Petitioner,<br><br>  v.<br><br>NEIL MCDOWELL (Warden),<br><br>      Respondent. | No. LA CV 17-01592-VBF-DFM<br><br>**FINAL JUDGMENT** |

**Final judgment is hereby entered in favor of respondent and against petitioner Javier Aguila.** IT IS SO ADJUDGED.

Dated: January 22, 2019

_____
Honorable Valerie Baker Fairbank
Senior United States District Judge